| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Robert W. Keyser, Esquire<br>Taylor and Keyser<br>89 Haddon Avenue, Ste. B2<br>Haddonfield, New Jersey 08033<br>609 803-2180<br>Attorneys for MTAG Custodian for<br>FIG Capital Inv NJ13 and FIG Cust for FIG NJ18, LLC | Order Filed on August 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br><br>Olufemi O. Fasehun,<br>Debtor | Chapter 13<br><br>Case No.: 19-19160<br><br>Judge: Vincent F. Papalia, U.S. B. J. |

**CONSENT ORDER ALLOWING MTAG CUST FOR FIG CAPITAL INV NJ13 and FIG CUST FOR FIG NJ18, LLC TO FILE LATE PROOFS OF CLAIM**

The relief set forth on the following one (1) page, is hereby **ORDERED**.

**DATED: August 13, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

OLUFEMI O. FASEHUN            Chapter 13    Case No. 19-19160 VFP

**CONSENT ORDER ALLOWING MTAG CUST FOR FIG CAP INV NJ13 and FIG CUST FOR FIG NJ18, LLC TO FILE LATE PROOFS OF CLAIM**
Page 2 of 2

This matter having come before the Court on the Application to permit MTAG Cust for FIG Capital Inv NJ13 and FIG Cust for FIG NJ18, LLC to file a late proofs of claim, and the parties having consented to the relief requested herein,

**IT IS ORDERED** that the secured Proof of Claim, filed on behalf of MTAG Cust for FIG Capital Inv NJ13 in the amount of $22,567.45, as claim No. 18, and FIG Cust for FIG NJ18, LLC in the amount of $2,486.24 as claim number 19, on the Claims Docket be and are hereby allowed.

The undersigned consent to the form and entry of the within Order.

Raymond and Raymond            Taylor and Keyser LLC
Attorneys for the Debtor       Attorneys for MTAG Cust for FIG Capital Inc.
                               NJ13 and FIG Cust for FIG NJ18, LLC

By: /S/Herbert B. Raymond      By: /S/Robert W. Keyser
    Herbert B. Raymond, Esquire    Robert W. Keyser, Esquire

August 11, 2020                August 11, 2020